TURNAGE v. NATIONWIDE MUTUAL INS. CO.

[335 N.C. 168 (1993)]

ELIJAH TOM TURNAGE, Guardian Ad Litem for THOMAS PAUL TURNAGE, and ELIJAH TOM TURNAGE, Individually v. NATIONWIDE MUTUAL INSURANCE COMPANY

No. 153PA93

(Filed 5 November 1993)

On discretionary review, pursuant to N.C.G.S. § 7A-31, of an opinion of the Court of Appeals, 109 N.C. App. 300, 426 S.E.2d 433 (1993), affirming summary judgment for the plaintiffs entered on 8 July 1991 by Butterfield, J., in Superior Court, Craven County. Heard in the Supreme Court on 13 October 1993.

*Hiram J. Mayo, Jr., for the plaintiff-appellee.*

*LeBoeuf, Lamb, Leiby & MacRae, by Peter M. Foley and Stephanie Hutchins Autry, for the defendant-appellant.*

PER CURIAM.

Affirmed.